UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA CAURAUGH, | Case No.: 12-cv-06544-YGR |
| Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| AKAL SECURITY, INC., | |
| Defendant. | |

The Court has reviewed the parties' Updated Joint Case Management Conference Statement and sees no need to hold a conference at this time. Accordingly, the Case Management Conference scheduled for December 9, 2013 is **VACATED**. If the parties wish to get on the Court's Case Management Conference calendar in the future, they may contact the Courtroom Deputy, Frances Stone, to request available dates. All deadlines remain in place.

**IT IS SO ORDERED.**

Dated: December 3, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**