STEPHEN R. JAFFE
THE JAFFE LAW FIRM
150 California St., 21st Fl.
San Francisco, California 94111
Telephone: 415.618.0100
Facsimile:   415.618.0080
stephen.r.jaffe@jaffetriallaw.com

Attorneys for Plaintiff
PAMELA CAURAUGH

GREGORY G. ISKANDER, Bar No. 200215
ALEXA L. WOERNER, Bar No. 267609
LITTLER MENDELSON, P.C.
1255 Treat Boulevard, Suite 600
Walnut Creek, California  94597
Telephone:    925.932.2468
Facsimile:    925.946.9809
giskander@littler.com
awoerner@littler.com

Attorneys for Defendant
AKAL SECURITY, INC.

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
January 8, 2014

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PAMELA CAURAUGH, an individual,<br><br>             Plaintiff,<br><br>       v.<br><br>AKAL SECURITY, INC., a corporation, and DOES 1-50, inclusive,<br><br>             Defendant. | Case No. 4:12-CV-06544-YGR<br><br>**STIPULATED FOR DISMISSAL WITH PREJUDICE**<br><br>Trial Date: June 9, 2014 |

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

CASE NO. 3:12-CV-06544-YGR                              STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED by and between Plaintiff Pamela Cauraugh, and Defendant Akal Security, Inc., by and through their respective attorneys of record, that the above referenced action, and all causes of action and all claims asserted therein, be, and are hereby, **DISMISSED WITH PREJUDICE** pursuant to Federal Rules of Civil Procedure 41(a)(1).  The parties further stipulate that each party shall bear his, her, or its own costs, including attorneys' fees.

IT IS SO STIPULATED.


Dated:  January 3, 2014          */S/ Gregory G. Iskander*
                                 GREGORY G. ISKANDER
                                 LITTLER MENDELSON, P.C.
                                 Attorneys for Defendant
                                 AKAL SECURITY, INC.


Dated:  January 3, 2014          */S/ Stephen R. Jaffe*
                                 STEPHEN R. JAFFE
                                 THE JAFFE LAW FIRM
                                 Attorneys for Plaintiff
                                 PAMELA CAURAUGH

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

CASE NO. 3:12-CV-06544-YGR                 1.         STIPULATION FOR DISMISSAL